UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:23-cr-93 |
| v. ) | |
| ) | Judge Atchley |
| JUAN RAMON SANCHEZ RAMOS ) | |
| ) | Magistrate Judge Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 26] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one count Indictment; (2) accept Defendant's guilty plea to Count One of the one count Indictment; (3) adjudicate Defendant guilty of illegal reentry subsequent to an aggravated felony in violation of 8 U.S.C. § 1326(a) and (b)(2); and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 7] pending sentencing or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One of the one count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the one count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of illegal reentry subsequent to an aggravated felony in violation of 8 U.S.C. § 1326(a) and (b)(2); and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 7] pending further order of this court or sentencing which is scheduled to take place on **July 11, 2024, at 10:00 a.m**., before the undersigned.

**SO ORDERED.**

        */s/ Charles E. Atchley, Jr.*
        **CHARLES E. ATCHLEY, JR.**
        **UNITED STATES DISTRICT JUDGE**